No. 92–7114. NEYLAND v. TOLEDO BOARD OF EDUCATION. C. A. 6th Cir. Certiorari denied.

No. 92–7115. MCAFEE v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–7116. MCCANN v. ARMONTROUT, ASSISTANT DIRECTOR/ ZONE II, MISSOURI DIVISION OF ADULT INSTITUTIONS. C. A. 8th Cir. Certiorari denied.

No. 92–7119. MACKEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–7121. WHITTINGTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7122. WILLIAMS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–7125. DECHIRICO v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 92–7126. AGUIRRE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7132. SAUCEDO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–7133. SIMMAT v. QUINLAN, DIRECTOR, FEDERAL BUREAU OF PRISONS. C. A. D. C. Cir. Certiorari denied.

No. 92–7136. WILLIAMS v. DEADERICK. C. A. 2d Cir. Certiorari denied.

No. 92–7137. LINDSEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7138. MARKARIAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–7140. MOORE v. HALE, CHAIRMAN, TEXAS BOARD OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.